No. 93–8034. SELLERS v. PETERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 93–8041. CONTRERAS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 93–8045. BARTLETT v. VANCE. C. A. 3d Cir. Certiorari denied.

No. 93–8047. CLIFTON v. VAUGHN, SUPERINTENDENT, PENN-SYLVANIA STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8055. RANDALL v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 93–8062. DUFFEY ET AL. v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–8063. ROSE ET AL. v. MERRELL DOW PHARMACEUTI-CALS ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–8081. MILLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8082. MARROQUIN-GIRON v. UNITED STATES; and
No. 93–8120. PAGLIARA-SAMAYOA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8095. HENSON v. SNYDER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8098. CARTER v. VAUGHN, SUPERINTENDENT, PENN-SYLVANIA STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8103. PITTS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8113. ARNETT v. KELLOGG CO. C. A. 6th Cir. Certiorari denied.

No. 93–8122. STEELE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.